UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>MAINSPRING AMERICA, INC., a Wyoming corporation,<br><br>Respondent. | Case No. C22-1708 RSM<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*.  This case was opened with a Petition to Confirm Arbitration Award filed on December 2, 2022.  Dkt. #1.  Respondent was apparently served on December 28, 2022, but has failed to appear.  *See* Dkt. #4.  Petitioner has not moved for default or informed the Court of any change in circumstances.  Nothing has been filed in this case for nearly three years.

Rule 41(b) allows district courts to dismiss an action for failure to prosecute or to comply with rules or a court order.  *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962) (a district court's "power to [dismiss an action for failure to prosecute] is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion" in the calendars of the district courts); *Hells Canyon*

ORDER TO SHOW CAUSE - 1

*Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (explaining that "courts may dismiss under Rule 41(b) sua sponte" for a plaintiff's failure to prosecute or comply with the court's orders or the Federal Rules of Civil Procedure); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (failure to follow a district court's local rules is a proper ground for dismissal).

It appears that Petitioner has failed to prosecute this case. In Response to this Order, Petitioner must write a short statement explaining why this case should not be dismissed given the above.  **This Response may not exceed six (6) pages**.

The Court hereby finds and ORDERS that Petitioner shall file this Response to this Order to Show Cause **no later than thirty (30) days from the date of this Order**.  Failure to file this Response will result in dismissal of this case.

DATED this 24th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2