UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MAINSPRING AMERICA, INC., a Wyoming corporation,<br><br>　　　　　　Respondent. | Case No. C22-1708RSM<br><br>ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD |

This matter comes before the Court on Petitioner Amazon.com Services LLC ("Amazon")'s Petition to Confirm Arbitration Award ("Petition"). The Court has carefully considered the Petition and supporting declaration and exhibits, any opposition thereto, and any other relevant pleadings and papers.

**IT IS HEREBY ORDERED:**

1.  The Court finds that the final arbitration award ("Final Award"), attached as Exhibit C to the Declaration of Lauren Rainwater (Dkt. #1-3) was properly issued by the duly-appointed arbitrator, Sasha S. Philip, on September 8, 2022, in an arbitration proceeding before the American Arbitration Association, Case No. 01-18-0004-6123. The Award has not been modified, corrected, or vacated.

ORDER GRANTING PETITION TO CONFIRM
ARBITRATION AWARD - 1

2. The Court further finds that Respondent Mainspring America Inc. ("Respondent") was served with the statutorily required notice of the Petition in accordance with 9 U.S.C. § 9 and Federal Rule of Civil Procedure 4. *See Amazon.com, Inc. v. Arobo Trade, Inc.*, No. C17-0804JLR, 2017 WL 3424976, at *4 (W.D. Wash. Aug. 9, 2017).

3. Based on the foregoing, the Court confirms the Award in its entirety.

4. The Clerk of the Court is directed to ENTER JUDGMENT in conformity with the Final Award as follows:

   a. Judgment in favor of Amazon against Respondent Mainspring America Inc. in the principal amount of $184,726.58;

   b. Pre- and post-judgment interest at the statutory rate of 12%, running from September 8, 2022, the date of issuance of the Final Award, until the time the Award is paid in full.

5. The Court retains jurisdiction for the purposes of post-judgment discovery and supplemental proceedings in aid of judgment or execution pursuant to Federal Rule of Civil Procedure 69(a).

6. This case is CLOSED.

DATED this 24th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITION TO CONFIRM
ARBITRATION AWARD - 2